**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DOWNTOWN DISCOUNT PRODUCE,
INC.,

Plaintiff,

v. Case No: 8:18-cv-1955-T-23SPF

CRG MANAGEMENT, LLC, JEFF
GIGANTE and JAMES LANZA,

Defendants.

---

# CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **JAMES LANZA** in Tampa, Florida on the 6th day of September, 2018.

ELIZABETH M. WARREN, CLERK

s/D. Greco, Deputy Clerk

Copies furnished to:

Counsel of Record