**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DOWNTOWN DISCOUNT PRODUCE, INC.
D/B/A DOWNTOWN PRODUCE
MARKET & MORE,

Plaintiff,

v. Case No. 8:18-cv-01955-SDM-SPF

CRG MANAGEMENT, LLC,
JEFF GIGANTE, and JAMES LANZA,

Defendants. /

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE** that Plaintiff Downtown Discount Produce, Inc., d/b/a Downtown Produce Market & More, by and through undersigned counsel, hereby voluntarily dismisses its claims against Defendants CRG Management, LLC, Jeff Gigante, and James Lanza with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and all pending motions shall be denied as moot.

Dated: September 20, 2018.

Respectfully submitted,

FURR AND COHEN, P.A.

By:/s/ *Marc P. Barmat*
2255 Glades Road, Suite 301 East
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax
Florida Bar No. 0022365
email: mbarmat@furrcohen.com

Counsel for Plaintiff

Certificate of Service

I certify that on this 20th day of September, 2018, a copy of the foregoing Notice of Voluntary Dismissal with Prejudice was served on all defendants, via first-class mail, postage prepaid, at the addresses listed below.

CRG Management, LLC
Serve on: Jeff Gigante
3140 W. Kennedy Blvd, Suite 118
Tampa, Florida 33609

Jeff Gigante
3313 West Mullen Avenue
Tampa, Florida 33609

James Lanza
50 Adalia Avenue
Tampa, Florida 33606

*/s/ Marc P. Barmat*
Marc P. Barmat